# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES,<br>TDJC No. 1169005 | § § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1841-S-BN |
| J. CLARK, et al. | § § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed an Amended Complaint, which appears to contain objections. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court also reviewed the Amended Complaint, which does not cure the errors identified in the Findings, Conclusions, and Recommendation. Thus, the Court finds that permitting amendment would be futile.

**SO ORDERED.**

SIGNED October 4, 2023.

**UNITED STATES DISTRICT JUDGE**